IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | |
|                          )         | No. 1:13-CR-00118 LJO |
|           Plaintiffs,    )         | |
|                          )         | ORDER OF RELEASE |
|    vs.                   )         | |
|                          )         | |
| MICHAEL SPRAGNO          )         | |
|                          )         | |
|           Defendant.     )         | |

The above-named defendant having been sentenced on August 12, 2013, to Time Served.

IT IS HEREBY ORDERED that the defendant shall be released on Tuesday, August 13, 2013 to Probation Officer Martin and she will transport Michael Spragno to the Salvation Army Program. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

**Dated:   August 12, 2013**            **/s/  Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

1