HEATHER E. WILLIAMS, #122664
Federal Defender
JANET BATEMAN, Bar #241210
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
Michael Spragno

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  1:13-cr-00118 LJO </br> ) |
| Plaintiff, | ) STIPULATION AND  ORDER TO CONTINUE </br> ) REVOCATION/SENTENCE HEARING |
| vs. | ) </br> ) DATE:   October 20, 2014 |
| MICHAEL SPRAGNO, | ) TIME:    8:30 a.m. </br> ) JUDGE: Hon. Lawrence J. O'Neill |
| Defendant. | ) </br> ) |
| | ) |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the revocation/sentence hearing in the above-captioned matter now set for September 15, 2014, may be continued to October 20, 2014 at 8:30 a.m.

    The delay is necessary to accommodate defense counsel's schedule and to allow for necessary preparation in advance of sentencing.

    As this is a sentencing hearing for a supervised release violation, no exclusion of time is necessary under the Speedy Trial Act.

//

//

//

//

Respectfully submitted,

|   |   |   |
|---|---|---|
|   |   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: September 4, 2014 | By: | */s/Michael G. Tiereny*<br>MICHAEL G. TIERNEY<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   |   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: September 4, 2014 | By: | /s/ *Janet Bateman*<br>JANET BATEMAN<br>Assistant Federal Defender<br>Attorney for Defendant<br>MICHAEL SPRAGNO |

**O R D E R**

IT IS SO ORDERED.

Dated:   **September 4, 2014**          /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE